Ralph Stuart, Jr., as Administrator, etc., v. New York Community Mausoleum Construction Company, Inc.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

Irving Bloom v. Abram Bloom Company, Inc.— Application granted upon plaintiff's filing stipulation that upon affirmance, or dismissal of the appeal, judgment absolute shall be rendered against him. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

In the Matter of Samuel Markewich, an Attorney.— Reference ordered to Hon. Charles F. Brown, as referee. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

Charles T. Brown v. Arthur B. Leach and Others.— Motion denied, with ten dollars costs. Memorandum per curiam. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

William Jay Schieffelin v. John F. Hylan.— Motion denied. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

Caroline H. Field, Plaintiff, v. Louis Chronik, Defendant.— Memorandum for counsel. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

Champion Coated Paper Company, Appellant, v. The Carey Printing Company, Inc., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

Lawrence McGrath, Appellant, v. Union Railway Company of New York City, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

Charles Jacobs, Respondent, v. Degnon Contracting Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

Laura V. Flahive, as Administratrix, etc., of James Francis Flahive, Deceased, Respondent, v. New York Consolidated Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

Fanny Silberstein, Respondent, v. The Mutual Life Insurance Company of New York, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

The People of the State of New York, Respondent, v. Jacob Rosenthal, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.